No. 4989.

LAPENE & FERRE *v.* EDWARD MEEGEL ; JOHN H. MCKEE *v.* EDWARD
    MEEGEL—Consolidated with interventions and third oppositions of
    GREVE, WILDERMAN et als.

*The recording of a privilege too late, is equivalent to not recording it at all, so far as the
    seizing creditors are concerned ; and recording it after the property upon which alone it
    can be executed has been seized and taken possession of by the sheriff and thus put away
    from the control of the defendant, does not affect the seizing creditor's rights.*

APPEAL from the Fifteenth Judicial District Court, parish of La-
    fourche. *Beattie, J. J. S. Goode,* for plaintiffs and appellees.
*Kennard, Howe & Prentiss* and *E. W. Blake,* for appellants.

MORGAN, J. Plaintiffs, judgment creditors of defendant, seized
under *fieri facias* certain sugars and molasses, portion of the crop of
1873, the sugar and molasses being at the time of seizure in defend-
ant's sugarhouse. The seizure was made on the thirteenth November,
1873. The sugar and molasses were sold, and the contest now is be-
tween plaintiffs and third opponents, as to whom the proceeds shall
go.

Greve & Wilderman claim a privilege on the proceeds on the ground
that they are commission merchants, and that they made the advances
and furnished the supplies which were necessary to enable the defend-
ant to make the crop.

Nelson and others claim the privilege of laborers who cultivated and
took off the crop.

A motion has been made to dismiss the appeal in so far as Nelson
and his co-laborers are concerned, because his and their individual
claim does not exceed five hundred dollars. But the aggregate amount
of their claims greatly exceeds that sum. The fund, too, to be dis-
tributed, exceeds that amount. We think the motion to dismiss should
be denied.

Greve & Wilderman allege that defendant's indebtedness to them
was recorded on the seventeenth November, 1873.

The pay roll showing the respective amounts due to Nelson and
others was recorded on the fourteenth November, 1873.

The seizure, under plaintiffs' *fieri facias* was made, as we have seen
on the thirteenth November, 1873.

In the case of White *v.* Bird, 23 An. 270, where the sugar and
molasses made on the plantation of Bird having been seized, and
where Thibaut, a commission merchant, filed a third opposition, al-
leging that his claim for supplies furnished for the use of the planta-
tion was a privileged debt, it was said " the account of the third
opponent has not been recorded. He can not, therefore, assert any
privilege so as to affect the rights of the seizing creditors."

In the case of Loeb *v.* Blum, 25 An. 232, it was held "as between Spor, the consignee, and Loeb & Co., the latter, as seizing creditors, are to be paid first. Assuming that Spor has the privilege which he claims, but with regard to which we do not consider it necessary to express any opinion, still it was not recorded prior to Loeb's seizure, and can not, therefore, prevail against it." We think that the re-cording of a privilege too late, is equivalent to not recording it all, so far as seizing creditors are concerned, and that recording it after the property upon which alone it can be executed has been seized and taken possession of by the sheriff, and thus put away from the control of the defendant, does not affect the seizing creditors' rights.

Judgment affirmed.